From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. JOHN I. CARLSON, Defendant.

Received at State Prison 9/21/66—Burglary.

NO.18

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on September 12, 1966, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence denied.

The reason for the above decision that that this defendant was received at the State Prison for the crime of burglary. It was his fifth felony conviction. He appears to have an excellent attitude and his working habits are good but in view of his extensive prior record the Board feels that his application for reduction of sentence should be, and is, denied.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. ELDRED LEE CLARK, Defendant.

Received at State Prison 8/7/64—Robbery.

NO. 8

## DECISION

The application of the above-named defendant for a review of the sentence of 30 years, imposed on August 5, 1964, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be reduced to 20 years.

The reason for the above decision is that while the prisoner does have one prior felony conviction for grand larceny in Mississippi, after considerable discussion it was thought best to treat him the same as his younger brother, Elzie Dee Clark, particularly in view of the fact that his sentence of 30 years for robbery is almost three times the average sentence for the crime. Additionally, the State of Nevada has filed a detainer against the prisoner and it further appears that his prison record states that he is very dependable and responsible, that his work is superior, and his general conduct is excellent.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

The action taken herein is not to be construed as being any indication whatever that the Sentence Review Division feels the same should influence, in any way, any other official, Board or person.